**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**EUGENE NICHOLAS,** *et al.,*

                **Plaintiffs**

    v.                                                           3:19-mc-00054

**JEFFREY SNIDER,** *et al.*,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### ORDER

**Now,** upon consideration of Plaintiffs' motion to transfer this discovery matter to the issuing court ("Motion to Transfer"), or alternatively, to compel Michael J. Rogers's compliance with Plaintiffs' subpoena issued in Case No. 4:18-CV-01631 (M.D. Pa.) ("Motion to Compel"), and Plaintiffs having duly served all interested parties with notice of the motion (Dkt. Nos. 2-3), and no response have been made thereto, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion to Transfer (Dkt. No. 1) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion to Compel (Dkt. No. 1) shall be transferred to the United States District Court for the Middle District of Pennsylvania for consideration and disposition by the Honorable Matthew W. Brann, United States District Judge; and it is further

**ORDERED** that Plaintiffs' letter-motion (Dkt. No. 5) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: February 14, 2020

_____
Thomas J. McAvoy
Senior, U.S. District Judge